STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
JAMES E. DOCHTERMAN (Cal. Bar No. 256396)
Assistant United States Attorney
    Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2686
    Facsimile: (213) 894-0142
    E-mail: James.Dochterman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF $20,000.00 IN U.S. CURRENCY. | 2:22-CM-00146<br><br>JOINT STIPULATION AND REQUEST TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT<br><br>[PROPOSED ORDER LODGED CONTEMPORANEOUSLY HEREWITH] |

      It is hereby stipulated by and between the United States of America (the "government") and potential claimant Spencer Kohn ("Claimant") through his counsel, Jacek W. Lentz as to $20,000.00 in U.S. Currency seized on March 1, 2022, at a United Parcel Service facility located in Ontario (the "seized property"), as follows:

1. Claimant filed a written claim in the administrative forfeiture proceedings with the Drug Enforcement Administration ("DEA") with respect to the seized property.

2. The government asserts that DEA sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  Under 18 U.S.C. § 983(a)(2)(A)–(E), the time has either expired or been tolled for any person to file a claim to the seized property.  No person other than the claimant filed a claim to the seized property as required by law in the administrative forfeiture proceedings.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the seized property alleging that the seized property is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case is August 10, 2022, but the statute provides for an extension of this date by court order or upon agreement of the parties.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by further agreement to extend to November 8, 2022, the time in which the United States is required to file a complaint for forfeiture against the seized property and/or to obtain an indictment alleging that the seized property is subject to forfeiture, so that the parties can determine whether a resolution is appropriate without the government having to initiate a judicial forfeiture action.

5. Claimant knowingly, intelligently, and voluntarily gives up any rights he may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint for forfeiture against the seized property and/or to obtain an indictment alleging that the seized property is subject to forfeiture by August 10, 2022, and any rights he may have to seek dismissal of any complaint on the grounds that it was not filed or returned on or before such date.

NOW, THEREFORE, the parties hereto, by and through their respective attorneys, hereby STIPULATE AND REQUEST that the government's time to file a civil

///

forfeiture complaint and/or to obtain an indictment alleging that the seized property is subject to forfeiture in connection with the seized property be extended to and including November 8, 2022.

Dated: July 13, 2022

STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/ James E. Dochterman
JAMES E. DOCHTERMAN
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: July 13, 2022

 /s/ (per email confirmation)
JACEK W. LENTZ

Attorney for claimant
SPENCER KOHN

**PROOF OF SERVICE BY E-MAIL**

I am a citizen of the United States and a resident of or employed in Los Angeles County, California; my business address is the Office of United States Attorney, 312 North Spring Street, 14th Floor, Los Angeles, California 90012; I am over the age of 18; and I am not a party to the above-titled action;

On July 13, 2022, I served a copy of: **JOINT STIPULATION AND REQUEST TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT** on each person or entity named below by transmitting the document by electronic mail to the e-mail address indicated for receipt of e-mail on the date and place shown below following our ordinary office practices.  Each person has given consent to receive service by e-mail.

**TO:** Jacek W. Lentz, Esq.
The Lentz Law Firm, P.C.
9171 Wilshire Blvd, Suite 500
Beverly Hills, CA 90210
jwl@lentzlawfirm.com

I am readily familiar with the practice of this office for transmittal of electronic mail from a desktop computer which allows for confirmation that an e-mail message was sent on a particular day and time.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 13, 2022, at Los Angeles, California.

*Luis F. Chaves*
**LUIS F. CHAVES**
Senior Paralegal, FSA